Thaddeus J. Stauber (Bar No. 225518)
  tstauber@nixonpeabody.com
Sarah E. André (Bar No. 236145)
  sandre@nixonpeabody.com
Michael O. Azat (Bar No. 278409)
  mazat@nixonpeabody.com
NIXON PEABODY LLP
Gas Company Tower
555 West Fifth Street, 46th Floor
Los Angeles, CA 90013
Phone: 213-629-6000
Fax: 213-629-6001

Attorneys for Defendant TV One, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOODNESS FILMS, LLC, a California Limited Liability Company; HERBERT HUDSON, an individual; PAUL GOLDSBY, an individual; and KENNEDY GOLDSBY, and individual<br><br>Plaintiffs,<br><br>v.<br><br>TV ONE, LLC, a Maryland Limited Liability Company; MIGUEL NUÑEZ, JR., an individual; and EDWIN B. "ED." WEINBERGER, an individual,<br><br>Defendants. | CV No. 12-08688-GW (JEMx)<br><br>**DEFENDANT TV ONE, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS OR TO STRIKE COMPLAINT**<br><br>Date: December 17, 2012<br>Time: 8:30 a.m.<br>Judge: Hon. George H. Wu<br>Crtrm: 10 |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 17, 2012, at 8:30 a.m. or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable George H. Wu in the United State District Court for the Central District of California, at 312 N. Spring Street, Los Angeles, California, Defendant TV One, LLC ("TV One") will move to dismiss all of Plaintiffs' claims.

This Motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6) on the ground that the Complaint fails to state a claim upon which relief can be granted. This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities attached hereto, all of the Court's records and files in this action, and on such other and further written and oral argument and authorities as may be presented at or before the hearing on this matter.

In keeping with Local Rule 7-3, this motion is made following communication with counsel on October 31, 2012.

DATED:   November 5, 2012          Respectfully submitted,

**NIXON PEABODY LLP**

By:   /s/Thaddeus J. Stauber
Thaddeus J. Stauber (Bar No. 225518)
  tstauber@nixonpeabody.com
Sarah E. André (Bar No. 236145)
  sandre@nixonpeabody.com
Michael O. Azat (Bar No. 278409)
  mazat@nixonpeabody.com
NIXON PEABODY LLP
Gas Company Tower
555 West Fifth Street, 46th Floor
Los Angeles, CA 90013
Phone: 213-629-6000
Fax: 213-629-6001

Attorneys for Defendant TV One, LLC

-2-

NOTICE OF MOTION AND MOTION TO DISMISS
Case No. 12-08688-GW (JEMx)