Thaddeus J. Stauber (Bar No. 225518)
   tstauber@nixonpeabody.com
Sarah E. André (Bar No. 236145)
   sandre@nixonpeabody.com
Michael O. Azat (Bar No. 278409)
   mazat@nixonpeabody.com
NIXON PEABODY LLP
Gas Company Tower
555 West Fifth Street, 46th Floor
Los Angeles, CA 90013
Phone: 213-629-6000
Fax: 213-629-6001

Attorneys for Defendant TV One, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOODNESS FILMS, LLC, a California Limited Liability Company; HERBERT HUDSON, an individual; PAUL GOLDSBY, an individual; and KENNEDY GOLDSBY, an individual,<br><br>          Plaintiffs,<br><br>   v.<br><br>TV ONE, LLC, a Maryland Limited Liability Company; MIGUEL A. NUÑEZ, JR., an individual; and EDWIN B. "ED." WEINBERGER, an individual,<br><br>          Defendants. | CV No. 12-08688-GW (JEMx)<br><br>**TV ONE LLC'S NOTICE OF MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT AGAINST MY BELLES LLC**<br><br>**[Filed concurrently with Motion; Memorandum of Points and Authorities; and [Proposed] Order]**<br><br>Date:     June 27, 2013<br>Time:    8:30 a.m.<br>Judge:   Hon. George H. Wu<br>Crtrm:   10 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that on June 27, 2013, at 8:30 a.m., or as soon thereafter as counsel may be heard before the Honorable George H. Wu in Courtroom 10 of the United States District Court for the Central District of California, at 312 N. Spring Street, Los Angeles, California 90012, Defendant TV One, LLC ("TV One"), as Third-Party Plaintiff, by and through its attorneys, Nixon Peabody LLP, submits this

1  Motion for Leave to File and Serve the Summons and Third-Party Complaint
2  ("Motion") against My Belles LLC ("My Belles").
3      This Motion is made pursuant to Federal Rule of Civil Procedure 14(a) on the
4  grounds that My Belles LLC is contractually liable to indemnify TV One for any
5  damages or costs incurred by TV One as a result of this action. This Motion is based
6  on the accompanying memorandum of points and authorities, the attached Third-Party
7  Complaint, all pleadings and files on record in this case, and any other written or oral
8  arguments and authorities as may be presented at or before the hearing on this matter.
9      In keeping with Local Rule 7-3, counsel for TV One contacted all parties to
10 inform them of its intention to file this motion. Plaintiffs stated that that they will not
11 oppose this Motion. Defendants Weinberger and Núñez informed TV One that they
12 take no position on this Motion.

13
14 DATED: May 17, 2013    Respectfully submitted,
15
16     **NIXON PEABODY LLP**
17
18
19     By: /s/Thaddeus J. Stauber
    Thaddeus J. Stauber (Bar No. 225518)
20       tstauber@nixonpeabody.com
    Sarah E. André (Bar No. 236145)
21       sandre@nixonpeabody.com
    Michael O. Azat (Bar No. 278409)
22       mazat@nixonpeabody.com
23     NIXON PEABODY LLP
    Gas Company Tower
24     555 West Fifth Street, 46th Floor
25     Los Angeles, CA 90013
    Phone: 213-629-6000
26     Fax: 213-629-6001
27
28     Attorneys for Defendant TV One LLC