# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 12-8688-GW(JEMx) | Date | August 5, 2013 |
| Title | *Goodness Films, LLC, et a.l v. TV One, LLC, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

None Present        None Present

**PROCEEDINGS (IN CHAMBERS):**     **COURT ORDER**

       On July 22, 2013, Third-Party Plaintiff TV One, LLC filed a First Amended Third-Party Complaint. In light of that filing, the Operative Third-Party Complaint is no longer the original complaint. As such, the Court **VACATES** Defendant Third Party Defendant My Belles, LLC's Motion to Dismiss Third Party Complaint [119], set for August 12, 2013.

Initials of Preparer   JG