# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-8688-GW(JEMx) | Date | October 22, 2013 |
|---|---|---|---|
| Title | *Goodness Films, LLC, et a.l v. TV One, LLC, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None Present   None Present

**PROCEEDINGS (IN CHAMBERS):** FINAL RULING RE:

DEFENDANT TV ONE, LLC'S MOTION FOR SUMMARY JUDGMENT [178];

DEFENDANT ED. WEINBERGER'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT [181]

The Court's tentative ruling as to the above-entitled motions issued on October 21, 2013 is adopted as its final decision. Defendants' motions for summary judgment are GRANTED IN PART and DENIED IN PART. Defendants TV One, Weinberger, and Nunez's motions for summary judgment with respect to Plaintiffs copyright claims are GRANTED. Defendants Weinberger and Nunez's motions for summary judgment with respect to Plaintiffs' claims for breach of fiduciary duty, aiding and abetting breach of fiduciary duty, breach of implied contract, and tortious interference with prospective economic advantage are DENIED.

:

Initials of Preparer  JG