Thaddeus J. Stauber (Bar No. 225518)
  tstauber@nixonpeabody.com
Sarah E. André (Bar No. 236145)
  sandre@nixonpeabody.com
Michael O. Azat (Bar No. 278409)
  mazat@nixonpeabody.com
NIXON PEABODY LLP
Gas Company Tower
555 West Fifth Street, 46th Floor
Los Angeles, CA 90013
Phone: 213-629-6000
Fax: 213-629-6001

Attorneys for Defendant TV One, LLC

**NO JS-6**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOODNESS FILMS, LLC, a California Limited Liability Company; HERBERT HUDSON, an individual; PAUL GOLDSBY, an individual; and KENNEDY GOLDSBY, an individual, <br><br>    Plaintiffs, <br><br>v. <br><br>TV ONE, LLC, a Maryland Limited Liability Company; MIGUEL NUÑEZ, JR., an individual; and EDWIN B. "ED." WEINBERGER, an individual, <br><br>    Defendants, <br><br>TV ONE, LLC, a Maryland Limited Liability Company, <br><br>    Third-Party Plaintiff, <br><br>v. <br><br>MY BELLES LLC, a California Limited Liability Company. <br><br>    Third-Party Defendant. | CV No. 12-08688-GW (JEMx) <br><br>**JUDGMENT** |

and related Third-Party Counter Claims.

On October 21, 2013, this Court heard motions for summary judgment filed by defendants TV One, LLC and Edwin B. "Ed." Weinberger (collectively "Defendants") requesting that the Court dismiss plaintiffs Goodness Films, LLC, Herbert Hudson, Paul Goldsby and Kennedy Goldsby's (collectively "Plaintiffs") claims on the merits. On October 21, 2013, the Court issued a tentative ruling noting that it was inclined to grant TV One's motion for summary judgment. On October, 22, 2013, the Court issued an order adopting its tentative ruling, granting TV One's motion for summary judgment on Plaintiffs' copyright claims. With the Court's October 22, 2013, order, all of Plaintiffs' claims against TV One have been dismissed.

The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered, IT IS ORDERED AND ADJUDGED that the Plaintiffs take nothing from TV One, that all of Plaintiffs' claims against TV One be dismissed on the merits and with prejudice, and that TV One be fully dismissed from this action.

DATED: November 6, 2013

_____
Hon. George H. Wu
U.S. District Court