JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOODNESS FILMS, LLC; HERBERT HUDSON; PAUL GOLDSBY; and KENNEDY GOLDSBY, <br><br> Plaintiffs, <br><br> v. <br><br> TV ONE, LLC; MIGUEL A. NÚÑEZ, JR.; and EDWIN B. "ED." WEINBERGER, <br><br> Defendants. | CASE NO.: CV 12-8688-GW(JEMx) <br><br> **JUDGMENT ON JURY VERDICT** <br><br> Hon. George H. Wu <br> Magistrate Judge John E. McDermott |
| AND RELATED THIRD-PARTY CLAIMS | Action Filed: October 10, 2012 <br> Trial Date: November 4, 2014 |

This action came on for trial on November 4, 2014, in Courtroom 10, of the United States District Court for the Central District of California, the Honorable Judge George H. Wu presiding.

A jury of eight (8) persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a special verdict. The jury deliberated and thereafter returned with its special verdict. (Doc. No. 456)

It appearing by reason of said special verdict that Defendants Edwin B. Weinberger and Miguel A. Nunez, Jr. ("Defendants") are entitled to judgment against Plaintiffs Goodness Films, LLC, Paul Goldsby, Kennedy Goldsby, and Herbert Hudson ("Plaintiffs").

NOW, THEREFORE, IT IS SO ORDERED, ADJUDGED, AND DECREED that Plaintiffs shall recover nothing from Defendants. Defendants are entitled to judgment in their favor and to recover costs from Plaintiffs.

DATED: November 24, 2014

By _____
GEORGE H. WU, U.S. District Judge